# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MUNGUIA,<br><br>                Petitioner,<br><br>        v.<br><br>JIM ROBERTSON,<br><br>                Respondent. | Case No. 1:18-cv-00743-AWI-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE FIRST AMENDED PETITION<br><br>ORDER TO FILE ANSWER<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>ORDER TO ELECTRONICALLY FILE TRANSCRIPTS AND OTHER NECESSARY DOCUMENTS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 6, 2018, the Court granted Respondent's motion to dismiss and allowed Petitioner to proceed with the fully exhausted first amended petition. The matter was referred back to the undersigned for further proceedings. (ECF No. 17).

Accordingly, the Court HEREBY ORDERS:

1. The Clerk of Court is DIRECTED to file the First Amended Petition (ECF No. 15 at 4–10)[1] as a separate document.

2. Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL FILE AN ANSWER addressing the merits of the First Amended Petition. <u>See</u>

---
[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

|   |   |   |
|---|---|---|
| 1 |   | Rule 4, Rules Governing Section 2254 Cases; Cluchette v. Rushen, 770 F.2d |
| 2 |   | 1469, 1473-74 (9th Cir. 1985) (court has discretion to fix time for filing a |
| 3 |   | response). Any argument by Respondent that Petitioner has procedurally |
| 4 |   | defaulted a claim SHALL BE MADE in the ANSWER, but must also address the |
| 5 |   | merits of the claim asserted. |
| 6 | 3. | Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL |
| 7 |   | FILE any and all transcripts or other documents necessary for the resolution of the |
| 8 |   | issues presented in the Petition. See Rule 5(c), Rules Governing Section 2254 |
| 9 |   | Cases. **The transcripts or other documents shall only be filed electronically** |
| 10 |   | **and, to the extent practicable, provided in Optical Character Recognition** |
| 11 |   | **("OCR") format. Respondent shall not file a hard copy of the transcripts or** |
| 12 |   | **other documents unless so ordered by this court.** |
| 13 | 4. | Petitioner MAY FILE a Traverse within **THIRTY (30) days** of the date |
| 14 |   | Respondent's Answer is filed with the Court. If no Traverse is filed, the Petition |
| 15 |   | and Answer are deemed submitted at the expiration of the thirty days. |

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated: **November 7, 2018**

UNITED STATES MAGISTRATE JUDGE